UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

MICHAEL SCOTT,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

Civil Action No. 7:17-030-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.  Michael Scott's FTCA claim [R. 1] is **DISMISSED**. Judgment is entered in favor of the United States with respect to this claim.

2.  This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated September 20, 2017.

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY